IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES ALLEN HARVEY                                                                   PLAINTIFF

v.                                    Case No. 6:22-cv-6066

CIRCUIT JUDGE
MARCIA HEARNSBERGER                                                                    DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued on August 1, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 6. Judge Bryant recommends that Plaintiff's complaint be dismissed without prejudice because Defendant has judicial immunity from Plaintiff's claim.

Plaintiff has not filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 6) *in toto*. Accordingly, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 12th day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge